**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7249**

KELVIN A. CANADA,

Plaintiff - Appellant,

v.

NATASHA GREGG, MSA Dietitian for Virginia Dept. of Corrections; P. SCARBERRY, Head Food Director at Red Onion State Prison; S. STALLARD, Head Food Director at Wallens Ridge State Prison; HAROLD CLARKE, Director of VA. Dept. of Corrections,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, District Judge.  (7:16-cv-00266-JPJ-RSB)

Submitted:  January 30, 2018                    Decided:  February 2, 2018

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kelvin A. Canada, Appellant Pro Se.  Nancy Hull Davidson, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin A. Canada appeals the district court's order granting summary judgment and dismissing his complaint seeking relief pursuant to 42 U.S.C. § 1983 (2012) and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc to 2000cc–5 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Canada v. Gregg*, No. 7:16-cv-00266-JPJ-RSB (W.D. Va. Sept. 12, 2017). We deny Canada's request for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*